UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| MANETIRONY CLERVRAIN, *et al.*, | ) |   |
|---|---|---|
|   | ) |   |
| Plaintiffs, | ) |   |
|   | ) |   |
| v. | ) | No. 3:22–CV–110 |
|   | ) |   |
| SCOTT GOLDEN, *et al.*, | ) |   |
|   | ) |   |
| Defendants. | ) |   |

## **ORDER**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated April 25, 2022. [Doc. 16]. In that Report and Recommendation, the Magistrate Judge recommends that Plaintiff's[1] Application to Proceed *In Forma Pauperis* [Doc. 1] be granted, but that Plaintiff's Complaint [Doc. 2] be dismissed under 28 U.S.C. § 1915(e) as frivolous and for failure to state a federal claim upon which relief can be granted. [Doc. 16 at 6–7]. No party has filed objections to the recommendation in the time allowed. See Fed. R. Civ. P. 72.

After consideration of the record as a whole and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that the Report and Recommendation [Doc. 16] is **ADOPTED** and **APPROVED**, and that the

---

[1] Plaintiff Manetirony Clervrain seeks to represent a number of individuals in this action. However, as the Magistrate Judge correctly points out, Plaintiff Clervrain is not an attorney and therefore can only represent himself. *See Zanecki v. Health All. Plan of Detroit*, 576 F. App'x 594, 595 (6th Cir. 2014) ("Because, by definition, pro se means to appear on one's own behalf, a person may not appear pro se on another person's behalf in the other's cause of action." (citation omitted)).

Plaintiff's Complaint be **DISMISSED WITH PREJUDICE**. Accordingly, the dozen motions Plaintiff filed alongside his Complaint [Docs. 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, and 15] are **DENIED**.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE
