UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| MANETIRONY CLERVRAIN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:22–CV–110 |
| | ) | |
| SCOTT GOLDEN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter came before the Court on Plaintiff's Application to Proceed *In Forma Pauperis* [Doc. 1] and Magistrate Judge Jill E. McCook's Report and Recommendation [Doc. 16]. For the reasons stated in the Court's Order adopting Judge McCook's Report and Recommendation, it is **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk is **DIRECTED** to **CLOSE** the case.

So ordered.

ENTERED AS A JUDGMENT:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

s/ *LeAnna R. Wilson*
District Court Clerk